UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

JULIET O'REILLY, : 26-cv-5369 (SHS)

Plaintiff, : ORDER

-against- :

THE KNOT WORLDWIDE, INC., ET AL., :

Defendants.

---x

SIDNEY H. STEIN, U.S. District Judge.

In light of the motion to dismiss the complaint [Doc. No. 15] filed by all defendants on September 30, 2026,

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for October 28, 2026, at 3:00 p.m. is adjourned sine die.

Dated: New York, New York
October 26, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.